# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Criminal Case #8:03-cr-152-T-30TBM
                                            Civil Case #8:06-cv-1554-T-30TBM
TIMOTHY A. DAY

_____/

# <u>ORDER</u>

On April 23, 2007, Defendant TIMOTHY A. DAY filed a Motion to Dismiss Indictment with Complete Reversal and Release from Incarceration (CR Dkt. #338), which this Court is construing as a Motion to Vacate, Set Aside or Correct Sentence.  Defendant requests relief under 28 U.S.C. § § §2255 to challenge his conviction entered January 27, 2004.  Pursuant to 28 U.S.C. § § § §2255 and  2244(b)(3)(A), as amended by the Antiterrorism and Effective Death Penalty Act of 1996, federal prisoners who want to file a second or successive motion to vacate, set aside, or correct a sentence must move the court of appeals for an order authorizing the district court to consider the second or successive motion. See 28 U.S.C. § § 2244(b)(3)(A).  A three-judge panel of the court of appeals, § 2244(b)(3)(B), may authorize the filing of a second or successive motion only if it determines that the motion contains claims which rely on either: (1) newly discovered evidence that, if proven and viewed in the light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant

guilty of the offense; or (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable. 28 U.S.C. § § §2255.  See In re Blackshire, 98 F.3d 1293 (11th Cir. 1996).

Defendant TIMOTHY A. DAY has not fulfilled the requirements of the statutes as set out above.

It is therefore **ORDERED AND ADJUDGED** that:

1.      Defendant's Motion to Dismiss Indictment with Complete Reversal and Release from Incarceration (CR Dkt. #338), which this Court is construing as a Motion to Vacate, Set Aside or Correct Sentence, is DISMISSED.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel/Parties of Record

*F:\Docs\2003\03-cr-152.deny successive 2255.wpd*